**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **KHAMIS ADAM ALAEYSR** | **CASE NO. 1:26-CV-03761 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **WARDEN ALEXANDRIA STAGING FACILITY ET AL** | **MAGISTRATE JUDGE HORNSBY** |

# ORDER

Having considered the Petitioner's Motion for a Temporary Restraining Order (R. Doc. 2),

**IT IS ORDERED** that the Motion is **GRANTED IN PART,** and Respondents are temporarily enjoined from removing Petitioner from the United States for fourteen (14) days.

**IT IS FURTHER ORDERED** that by **October 5, 2026,** the Respondents shall file a response to the Motion and address the effect of the declaratory relief affirmed by the First Circuit Court of Appeals in *D.V.D. v. United States Dep't of Homeland Sec.*, 2026 WL 2797801 (1st Cir. Sept. 18, 2026) on Petitioner's third country removal.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve this Order through the email address designated by the United States Attorney.

**THUS DONE** in Chambers on this 25th day of September, 2026.

Jerry Edwards, Jr.
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE